IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RAYMOND D. STANFILL, | * | |
| Individually and as the duly Appointed | * | |
| Administrator of the Estate of ROBERT | * | |
| LEWIS STANFILL, deceased, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO. 5:10-CV-255-MTT |
| v. | * | |
| | * | |
| AEDEC INTERNATIONAL, INC., | * | |
| CULLEN TALTON, individually and in his | * | |
| Capacity as Sheriff of Houston County, | * | |
| Georgia, LT. DAVID CARRICK, in his | * | |
| Individual and official capacity, | * | |
| SGT. JAMES WHEAT in his individual | * | |
| And official capacity, CPL. DONALD | * | |
| LESTER in his individual and official | * | |
| Capacity, CPL EDDIE SERRANO in his | * | |
| Individual and official capacity, DEPUTY | * | |
| JAMES COLLINS in his individual and | * | |
| Official capacity, LT MICHAEL | * | |
| GARRETT in his individual and official | * | |
| Capacity, MAJ. CHARLES HOLT in his | * | |
| Individual and official capacity, CORP. | * | |
| CAROL COATES in her individual and | * | |
| Official capacity, and SOUTHERN | * | |
| HEALTH PARTNERS, INC., | * | |
| | * | |
| Defendants. | * | |

## ORDER FOR CONFIDENTIALITY

Pursuant to Fed.R.Civ.P. 26, et seq., and by stipulation of all the parties, in order

to facilitate discovery and particularly the exchange of documents, things, information,

testimony, and other evidence that the parties consider to comprise confidential and

proprietary business information,

**IT IS HEREBY ORDERED:**

That the contents of the Stipulation for Confidentiality [Doc. 41] filed by the

parties with this Court on February 2, 2011, are adopted herein and the parties are to be

governed by the terms of the Stipulation for Confidentiality.

**IT IS SO ORDERED,** this 3rd day of February, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT