IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RAYMOND D. STANFILL, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-255(MTT) |
| ) | |
| AEDEC International, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Compel. (Doc. 48). The Plaintiff seeks relief related to a surveillance video. While the Plaintiff properly raises the issue, the Plaintiff seeks the wrong relief. Based on the current record, it appears likely that the proper issue is one of spoliation of evidence and the appropriate remedies and sanctions for that spoliation.

Accordingly, the Plaintiff's Motion to Compel is **denied**. The Court will revisit the issue when an appropriate record is before the Court. The Defendant's request for fees and costs is **denied**.

**SO ORDERED,** this 16th day of May, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT